UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25252-Civ-COOKE/O'SULLIVAN

JULIE WINES,

    Plaintiff,

vs.

ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("Report") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge (ECF No. 29), regarding the Parties' cross motions for summary judgment. *See* ECF Nos. 25, 26. In the thorough and well-reasoned Report, Judge O'Sullivan recommends that Defendant's Motion be granted and Plaintiff's Motion be denied. Plaintiff timely objected to the Report. *See* ECF No. 30. The Court has reviewed the Report and conducted a *de novo* review of the record and the moving papers.

After careful consideration, it is **ORDERED** and **ADJUDGED** that Judge O'Sullivan's Report (ECF No. 120) is **AFFIRMED** and **ADOPTED** as the Order of this Court. Accordingly, Defendant's Motion (ECF No. 26) is **GRANTED,** and Plaintiff's Motion (ECF No. 25) is **DENIED**. The **CLERK** is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, Miami, Florida, this 16th day of August 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*